# **EXHIBIT A**

US007842067B2

# (12) United States Patent
## Esposito

(10) Patent No.: **US 7,842,067 B2**
(45) Date of Patent: **Nov. 30, 2010**

(54) **TOURNIQUET AND METHOD OF USE**

(76) Inventor: **Mark Esposito**, 21899 Grandview Ave., Golden, CO (US) 80401

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1387 days.

(21) Appl. No.: **11/147,806**

(22) Filed: **Jun. 6, 2005**

(65) **Prior Publication Data**

US 2005/0273134 A1    Dec. 8, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/521,630, filed on Jun. 8, 2004.

(51) Int. Cl.
*A61B 17/00* (2006.01)
(52) U.S. Cl. .................................. **606/203**
(58) Field of Classification Search ............. 606/202, 606/203
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,500,629 A | | 7/1924 | Levy |
| 1,569,131 A | | 1/1926 | Nord |
| 1,606,841 A | * | 11/1926 | Newton ................ 606/203 |
| 1,698,813 A | * | 1/1929 | Gouirand ................ 24/269 |
| 2,084,412 A | | 6/1937 | Schaefer |
| 2,387,428 A | * | 10/1945 | Brothers ................ 606/203 |
| 2,480,430 A | * | 8/1949 | Walters ................ 606/203 |
| 2,553,390 A | | 5/1951 | Streyckmans |
| 2,661,888 A | * | 12/1953 | Sidlinger ................ 182/3 |
| 3,095,873 A | | 7/1963 | Edmunds, Jr. |
| 4,243,039 A | | 1/1981 | Aginsky |
| 4,273,130 A | * | 6/1981 | Simpson ................ 606/203 |
| 4,526,165 A | | 7/1985 | Mielnik, Jr. et al. |
| 4,794,656 A | | 1/1989 | Henley, Jr. |
| 5,690,672 A | | 11/1997 | Cohen |

(Continued)

FOREIGN PATENT DOCUMENTS

BE         400213         1/1934

(Continued)

OTHER PUBLICATIONS

Calkins et al., May 2000, "Evaluation of Possible Battlefield Tourniquet Systems for the For-Forward Setting," Military Medicine, vol. 165(5):379-384.

(Continued)

*Primary Examiner*—Todd E Manahan
*Assistant Examiner*—Jonathan A Hollm
(74) *Attorney, Agent, or Firm*—Holme Roberts & Owen LLP

(57) **ABSTRACT**

A tourniquet for restricting a flow of blood in a body part is presented. In accordance with embodiments of the present invention, the tourniquet comprises a first elongated member, and a second elongated member in slidable engagement with the first elongated member. In addition, the tourniquet includes a tensioning mechanism connected to the second elongated member, wherein a compressive force is applied to the body part upon applying a tensile force to the second elongated member using the tensioning mechanism. The tourniquet is suited for emergency use, and may be applied by using only one hand. Thus, the tourniquet may be applied, manipulated and tightened by the wearer, even if the wearer is limited to the use of a single hand.

**17 Claims, 7 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| Patent No. | Kind | Date | Inventor | Class |
|---|---|---|---|---|
| 5,993,362 | A | 11/1999 | Ghobadi | |
| 6,361,548 | B1 | 3/2002 | McEwen | |
| 6,513,460 | B2 * | 2/2003 | Fountoulakis | 119/770 |
| 6,537,298 | B2 | 3/2003 | Dedo | |
| 6,540,707 | B1 | 4/2003 | Stark et al. | |
| 6,544,188 | B1 | 4/2003 | Chesney et al. | |
| 6,602,214 | B2 | 8/2003 | Heinz et al. | |
| 6,605,103 | B2 | 8/2003 | Hovanes et al. | |
| 6,682,547 | B2 | 1/2004 | McEwen et al. | |
| 6,746,470 | B2 | 6/2004 | McEwen et al. | |
| 6,796,993 | B2 | 9/2004 | Lambroza | |
| 6,884,254 | B2 | 4/2005 | Brooks | |
| 6,899,720 | B1 * | 5/2005 | McMillan | 606/203 |
| 2001/0041910 | A1 | 11/2001 | McEwen | |
| 2002/0016610 | A1 | 2/2002 | Hovanes et al. | |
| 2002/0120288 | A1 | 8/2002 | Dedo | |
| 2002/0188315 | A1 | 12/2002 | Guzman et al. | |
| 2003/0028215 | A1 | 2/2003 | Brooks | |
| 2003/0036771 | A1 | 2/2003 | McEwen et al. | |
| 2003/0065357 | A1 | 4/2003 | Dedo et al. | |
| 2003/0139766 | A1 | 7/2003 | McEwen et al. | |
| 2003/0144691 | A1 | 7/2003 | Lambroza | |
| 2003/0153936 | A1 | 8/2003 | El-Galley | |
| 2003/0167070 | A1 | 9/2003 | McEwen et al. | |
| 2003/0236548 | A1 | 12/2003 | Hovanes et al. | |
| 2004/0147956 | A1 | 7/2004 | Hovanes et al. | |
| 2005/0049630 | A1 | 3/2005 | Ambach | |
| 2005/0113866 | A1 | 5/2005 | Heinz et al. | |
| 2005/0143689 | A1 | 6/2005 | Ramsey, III | |
| 2005/0240217 | A1 * | 10/2005 | Jennifer et al. | 606/203 |
| 2008/0221612 | A1 | 9/2008 | Rose | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2027149 | 2/1980 |

## OTHER PUBLICATIONS

Crisp; Jul. 18, 2005, "New Tourniquet Issued to Deployed Soldiers"; Defend America News Article; 2 pp.

Holcomb, Jul. 28, 2004, "Tourniquet Recommendations from USAISR"; US Army Institute of Surgical Research; 2 pp.

Webpages for "The Ratchet Tourniquet," Chinook Medical Gear, Inc.; (at least as early as Jan. 20, 2005), 3 pp.

Statement for Information Disclosure Statement by Mark Esposito, signed Oct. 5, 2008 (3 page document).

Statement for Information Disclosure Statement by Mark Esposito, signed Oct. 5, 2008 (2 page document).

U.S. Appl. No. 12/163,796, filed Jun. 27, 2008, by Mark Esposito et al.

International Search Report and Written Opinion, mailed Oct. 3, 2008, for Application No. PCT/US2005/020111.

Brill et al. "Bier's Block; 100 Years Old and Still Going Strong!" ACTA Anaesthesiologica Scandinavica, 2004, No. 48, pp. 117-122.

Kam et al "The Arterial Tourniquet: Pathophysiological Consequences and Anaesthetic Implications", Anaesthesia, 2001, No. 56, Blackwell Science Ltd., pp. 534-545.

Klenerman, L. "The Tourniquet Manual—Principles and Practice," 2003, Springer-Verlag London Limited, Chap. 1, pp. 3-11.

McEwen et al. "Tourniquet Safety in Lower Leg Applications", Orthopaedic Nursing, vol. 21, No. 5, Sep./ Oct. 2002.

Parsons, Donald L. et al., "Tourniquets—Lifesavers on the Battlefield", article published on www.professionalsoldiers.com dated Oct. 13, 2004.

U.S. Department of Labor et al. "First Aid Book", reprinted 1993, first publication date unknown, pp. 64-66.

Welling et al "A Balanced Approach to Tourniquet Use: Lessons Learned and Relearned", American College of Surgeons, vol. 203, No. 1, Jul. 2006, Elsevier, Inc.

Webpage from www.EBay.com for Non-Pneumatic Torniquet Olive Drab, marketed by Specialized Equipment, printed Aug. 20, 2009.

Supplemental Search Report dated Sep. 9, 2009, issued in European Application No. 05757785.0.

Office Action dated Apr. 16, 2010, issued in U.S. Appl. No. 11/846,382.

Office Action dated Sep. 3, 2009, issued in U.S. Appl. No. 11/846,382.

Office Action dated Sep. 16, 2009, issued in Israeli Application No. 179769, with informal translation.

Office Action dated Mar. 22, 2010, issued in European Patent Application No. 05757785.0

* cited by examiner



Fig.1  Fig.2  Fig.3



Fig. 4

Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9

Fig. 10



Fig. 11



Fig. 12



Fig. 13

Fig. 14

# TOURNIQUET AND METHOD OF USE

## CROSS REFERENCE TO RELATED APPLICATION

The present application claims the benefit under 35 U.S.C. §119(e) of U.S. Provisional Application No. 60/521,630 filed on Jun. 8, 2004, the entire disclosure of which is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

The present invention relates to a novel flow restriction device, and more particularly, to a novel tourniquet device for restricting the flow of blood.

## BACKGROUND

Loss of blood is a major cause of death in emergency situations in which the injured person is alone or medical assistance is not immediately available. The use of a tourniquet to stop blood loss from an injured arm or leg is a well-known technique for preventing death in these situations. In general, for emergency use where the victim is alone, the victim must be able to apply the tourniquet to his or her own arm or leg and occlude blood flow using only one hand.

Tourniquets of the prior art generate inward radial compression on the limb by being put into high levels of circumferential tension when wrapped around the limb. As the pressure on the limb increases, the friction between the strap and the limb also increases, causing the underlying soft tissue to move with the strap as it is drawn tight. This tends to draw soft tissues underlying the strap into the ratchet or buckle device, pinching the soft tissue and creating a region of very high localized pressure which will cause unnecessary injury. This effect may also create high shearing stresses in the underlying soft tissues, increasing the probability of nerve and tissue injury. Friction between the strap and the limb may also create regions of low pressure by preventing tension from being distributed evenly in the strap around the entire limb circumference, and as a result, arterial blood may still flow through these low pressure regions although overall strap tension is very high. In general, the application of uneven or non-uniform application of pressure around the limb leads to the need for unnecessarily high overall tourniquet pressures to reliably and predictably stop arterial blood flow, and this need for unnecessarily high pressure increases the probability of a range of unnecessary injuries to nerves, muscles and the limb.

The use of a tourniquet in many emergency situations, including many recreational activities, such as hiking, rock climbing and camping, imposes a weight restriction on the tourniquet. Simply stated, if a tourniquet is too bulky or has an excessive weight, the potential user, such as a hiker, will not pack and carry the tourniquet with them. Therefore, there is a need of a relatively small and light-weight tourniquet that can be easily packed and carried, and subsequently used at remote locations, if necessary.

Accordingly, there is a need for an emergency, light-weight tourniquet that provides improved radial pressure to the wounded limb, thereby restricting blood flow to the limb. Furthermore, there is a need for such a tourniquet that can be applied by the victim using one hand.

## SUMMARY OF THE INVENTION

These and other needs are addressed by the various embodiments and configurations of the present invention. The present invention comprises a tourniquet for restricting the flow of blood in a body part, such as a person's arm or leg. Thus, in accordance with embodiments of the present invention, a tourniquet for restricting a flow of blood in a body part is provided, the tourniquet comprising a first elongated member including a buckle, and a second elongated member slidably connected to the first elongated member. In addition, the tourniquet comprises a tensioning mechanism connected to the second elongated member, wherein a compressive force is applied to the body part upon applying a tensile force to the second elongated member using the tensioning mechanism, and wherein the compressive force restricts the flow of blood in the body part.

In accordance with embodiments of the present invention, the tensioning mechanism may comprise a windlass or a ratchet. In addition, for tourniquets utilizing a windlass as the tensioning mechanism, the tourniquet may also comprise a securing mechanism interconnected to the first elongated member, wherein the securing mechanism is adapted for securing the windlass after application of a tensile force to the second elongated member. In accordance with embodiments of the present invention, the securing mechanism comprises at least one hooked catch, or a securing strap, or at least one hooked catch and a securing strap. When used, the securing strap is preferably interconnected to the outer sleeve and is preferably oriented transversely to a longitudinal axis of the outer sleeve, wherein the securing strap is adapted to secure the windlass.

In accordance with embodiments of the present invention, the second elongated member forms a loop running from a first end of the first elongated member to the buckle and back to the first end of the first elongated member. Alternatively, in accordance with embodiments of the present invention, the second elongated member comprises at least a first portion extending from a first end of the first elongated member to the tensioning mechanism, wherein the first portion does not extend back to the first end of the first elongated member. In addition, in accordance with embodiments of the present invention, the second elongated member may comprise a second portion extending from the tensioning mechanism to the buckle. Finally, at least in some embodiments, the second portion of the second elongated member forms a loop between the buckle and the tensioning mechanism.

The present invention includes a variety of possible configurations. Thus, in accordance with embodiments of the present invention, a tourniquet for restricting a flow of blood in a body part is provided, the tourniquet comprising a means for circumferentially surrounding the body part, a means for compressing the body part, wherein the means for compressing slidably engages the means for circumferentially surrounding. In addition, the tourniquet comprises a means for tensioning the means for compressing, wherein applying a tensile force to the means for compressing using the means for tensioning applies a compressive force to the body part to restrict the flow of blood in the body part. In addition, the tourniquet preferably includes a means for securing the means for tensioning. In addition, the means for circumferentially surrounding preferably comprises a means for looping the means for circumferentially surrounding around the body part, as for example, a buckle or a ring. In addition, in accordance with embodiments of the present invention, the means for circumferentially surrounding comprises a means for fastening a portion of a first surface of the means for circumferentially surrounding to a second portion of the first surface of the means for circumferentially surrounding.

In accordance with embodiments of the present invention, the tourniquet uses in outer sleeve that is connected to an inner

3

strap. Thus, in accordance with embodiments of the present invention, a tourniquet for restricting a flow of blood in a body part is provided, the tourniquet comprising an outer sleeve, an inner strap slidably connected to the outer sleeve, and a windlass connected to the inner strap, wherein a compressive force is applied to the body part upon applying a tensile force to the inner strap using the windlass, wherein the compressive force restricts the flow of blood in the body part.

In accordance with embodiments of the present invention, the outer sleeve comprises an upper panel connected to a lower panel, wherein at least a portion of the upper panel comprises hook and loop fasteners. In at least one embodiment, the hook and loop fasteners comprise OMNI-TAPE® (Velcro Industries B.V., Amsterdam, Netherlands).

In accordance with embodiments of the present invention, a tourniquet for restricting a flow of blood in a body part is provided, the tourniquet comprising a first elongated member comprising: (a) a surface comprising both hook and loop structures; (b) a first end for looping through a second end comprising a buckle; and (c) a pocket. In addition, the tourniquet comprises a second elongated member positioned in the pocket, wherein a portion of the second elongated member is connected to the first end of the first elongated member. In addition, the tourniquet comprises a windlass engaging the second elongated member, wherein the windlass is rotated to provide a tensile force in the second elongated member, wherein a compressive force is applied to the body part restricting the flow of blood in the body part. In addition, the tourniquet comprises at least one hooked catch or a securing strap interconnected to the first elongated member for engaging a portion of the windlass and preventing a return rotation of the windlass after applying the tensile force.

The present invention also includes a method of restricting a flow of blood in a body part. Thus, in accordance with embodiments of the present invention, a method of restricting a flow of blood to a body part is provided, the method comprising wrapping a first elongated member around the body part and looping a first portion of the first elongated member through a buckle. In addition, the method includes detachably attaching the first portion of the elongated member to a second portion of the elongated member. In addition, the method includes operating a tensioning mechanism connected to a second elongated member slidably positioned within the first elongated member, wherein the tensioning mechanism develops a tensile force in the second elongated member, and wherein a compressive force is applied to the body part restricting the flow of blood in the body part. The method also preferably includes securing the tensioning mechanism using a hooked catch or a securing strap.

In accordance with embodiments of the present invention, a method of restricting a flow of blood to a body part is provided, the method comprising placing a first elongated member for contacting the body part around the body part, and positioning at least a portion of the first elongated member through a restraining mechanism connected to the first elongated member. The method further comprises operating a tensioning mechanism operatively connected to a second elongated member, the second elongated member not contacting the body part, the second elongated member slidably engaging the first elongated member, wherein the tensioning mechanism develops a tensile force in at least a portion of the second elongated member, and wherein a compressive force is applied to the body part restricting the flow of blood in the body part.

Various embodiments of the present invention are set forth in the attached figures and in the detailed description of the invention as provided herein and as embodied by the claims.

4

It should be understood, however, that this Summary of the Invention may not contain all of the aspects and embodiments of the present invention, is not meant to be limiting or restrictive in any manner, and that the invention as disclosed herein is and will be understood by those of ordinary skill in the art to encompass obvious improvements and modifications thereto.

Additional advantages of the present invention will become readily apparent from the following discussion, particularly when taken together with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of an embodiment of the present invention applied to a person's right leg (as shown in dashed lines);

FIG. **2** is a plan view of the device shown in FIG. **1**, where the device is stretched out along its longitudinal axis;

FIG. **3** is a side elevation view of the device shown in FIG. **1**, where the device is shown prior to tightening the device using the windlass;

FIG. **4** is a cross sectional view of the device shown in FIG. **2** with the windlass in an unwound position;

FIG. **5** is the same cross section view of the device as shown in FIG. **4**, but with the outer sleeve looped through the buckle and the windlass partially rotated;

FIG. **6** is a cross sectional view of a portion of the device with the windlass in a wound position;

FIG. **7** is a plan view of the buckle end of the device with the outer sleeve looped through the buckle and the windlass in an unwound position;

FIG. **8** is a plan view of the buckle end of the device with the outer sleeve looped through the buckle and the windlass in a wound position;

FIG. **9** is a cross sectional view of another tourniquet in accordance with embodiments of the present invention with the windlass in an unwound position;

FIG. **10** is a cross sectional view of the tourniquet of FIG. **9** with the windlass in a partially wound position;

FIG. **11** is a perspective view of the tourniquet shown in FIG. **9** with the outer sleeve looped through the buckle and the windlass not rotated;

FIG. **12** is a perspective view of the tourniquet of FIG. **11** applied to a person's leg (as shown in dashed lines);

FIG. **13** is a cross sectional view of another tourniquet in accordance with embodiments of the present invention with the windlass in an unwound position; and

FIG. **14** is a perspective view of another tourniquet in accordance with embodiments of the present invention, wherein the tourniquet comprises a ratchet type of tensioning mechanism.

The drawings are not necessarily to scale, and may, in part, include exaggerated dimensions for clarity.

DETAILED DESCRIPTION OF THE INVENTION

The present invention comprises a tourniquet that can be manipulated and tightened by the user, including the victim, using one hand, if necessary. In addition, the tourniquet provides improved circulation stoppage by way of an inner tightening strap positioned within a sleeve.

Referring now to FIG. **1**, a tourniquet **10** in accordance with embodiments of the present invention is shown. The tourniquet **10** comprises a first elongated member or an outer sleeve **14**, a second elongated member, inner tightening member or inner strap **18**, a tightening mechanism **22** and a secur-

ing mechanism **26**. As shown in FIG. **1**, the tourniquet **10** can be applied to an appendage, as for example, leg L, and then tightened to restrict the flow of blood to the leg L.

Referring now to FIG. **2**, the tourniquet **10** is shown prior to use, or in a stretched-out orientation. The outer sleeve **14** comprises a longitudinally extensive material having a first end **30** and a second end **34**. In accordance with embodiments of the present invention, the second end **34** includes a restraining mechanism, such as a ring or buckle **38**. When the tourniquet **10** is applied to a limb, such as leg L shown in FIG. **1**, the first end **30** is looped through the buckle **38** and pulled tight around the appendage, thus providing a means for circumferentially surrounding or encircling the limb. FIG. **3** depicts the tourniquet **10** after the first end **30** has been looped through the buckle **38**.

Referring now to FIG. **4**, in accordance with embodiments of the present invention, the outer sleeve **14** may be formed of two panels comprising an upper or first panel **42** and a lower or second panel **46**. The edges of the panels **42** and **46** are connected, as for example, by sewing, glueing, stapling, clamping, or heat/ultra-sound (sonic) welding, or combinations thereof. Outer sleeve **14** includes a pocket, interior area or inner space **44** between the panels **42** and **46**. The first panel **42** comprises an outer surface **50** that preferably includes hook and loop structures. More preferably, the outer surface **50** comprises both hook structures and loop structures along substantially the entire length of the outer sleeve **14** between the first end **30** and an opening **54** where the inner strap **18** is exposed between the first panel **42** and second panel **46** of the outer sleeve **14**. Thus, when the first end **30** of the outer sleeve **14** is looped through the buckle **38**, the outer surface **50** may be applied to itself, thereby securing the position of the outer sleeve **14**. By way of example and not limitation, the first panel **42** may comprise a length of OMNI-TAPE® (Velcro Industries B.V., Amsterdam, Netherlands), wherein the fastening surface comprises both hook and loop structures on the outer surface **50** as depicted in FIG. **4**. The use of a combination of both hook and loop structures on the outer surface **50** of the outer sleeve **14** provides the advantage of the tourniquet being quickly adjustable when in use to accommodate a variety of size appendages, as for example, from a person's thigh to a person's forearm.

In use, to size the tourniquet to the appendage, the user simply wraps the tourniquet around the subject appendage, loops the first end **30** of the outer sleeve **14** through the buckle **38**, pulls the tourniquet reasonably tight, and then presses the outer surface **50** together detachably interlocking first and second portions of the outer surface **50** together to interlock the hook and loop structures of the outer surface **50** within the region where the outer surface **50** overlaps beyond the buckle **38**. As those skilled in the art will appreciate, although not preferred, the outer surface **50** of the outer sleeve **14** may be fitted with standard hook fasteners to match-up with corresponding standard loop fasteners; however, although within the scope of the present invention, the ability of a single tourniquet so modified to accommodate various size appendages would be limited. Nonetheless, such an issue could be addressed by manufacturing tourniquets of different sizes and/or providing tourniquets having different portions of the outer surface fitted with various lengths of hook material to match-up with corresponding portions of loop material. Alternatively, other means of fastening the overlapping portion of the outer sleeve may be provided, such as buttons, snaps, transverse straps etc., and such variations and modifications are within the scope of the present invention.

It is further noted that although the outer sleeve **14** is preferably formed of an upper or first panel **42** and a lower or second panel **46**, the outer sleeve **14** may be formed of a single piece of material, as by way of example and not limitation, a piece of material that is folded over and seamed, thereby forming a pocket or inner space **44**.

Referring still to FIG. **4**, the inner strap **18** is shown between the first panel **42** and the second panel **46** of the outer sleeve **14**. In accordance with at least one embodiment of the present invention, the inner strap **18** comprises a length of nylon binding strap (also known as nylon binding tape) that extends from first end **30** of the outer sleeve **14** to the buckle **38** and returns to the first end **30** such that the inner strap **18** comprises a loop. Although a substantially non-elastic nylon binding strap type of material is preferred for use as the inner strap **18**, other elongated types of materials may be used, such as a section of rope, belt, tubing, hose, band, or combinations thereof, where such structures thereby form a means for compressing a body part. The ends of the inner strap **18** are preferably anchored only at the tip **58** of the first end **30** of outer sleeve **14**, as for example, by sewing, glueing, stapling, clamping, or heat/ultra-sound (sonic) welding, or combinations thereof. Thus, the inner strap **18** can slide within the interior space **44** of the outer sleeve **14**. Accordingly, the inner strap **18** comprises a material that has frictional characteristics allowing it to slide within the interior space **44** of the outer sleeve **14** when a tensile force is applied to the inner strap **18**. Although not required, depending upon the types of materials used to form the outer sleeve **14** and the inner strap **18**, the interior space **44** of the outer sleeve **14** may optionally include a substance, such as a powder or other lubricant, to assist with the frictional characteristics between the surfaces of the inner strap **18** and the interior space **44** of the outer sleeve **14**.

In accordance with embodiments of the present invention, the tourniquet may comprise an inner strap **18** that extends through and end or a slit (not shown) at the first end **30**, such as a slit in the upper or first panel **42** of the outer sleeve **14**. The inner strap **18** may then be anchored at or proximate to the distal end of the lower or second panel **46**. Alternatively, the slit (not shown) may be in the second panel **46** and the inner strap **18** anchored at or proximate to the distal end of the first panel **42**.

In accordance with embodiments of the present invention, the tourniquet may be configured such that a single layer (i.e., not a loop) of material is used to form the inner strap **18**. Here, a first end of the inner strap **18** is anchored at or near the tip **58** of the first end **30** of the outer sleeve **14**, and a second end of the inner strap **18** is anchored at or near the buckle **38**, with the middle portion not anchored to the outer sleeve **14**, and thereby able to slide within the outer sleeve **14**. The tensioning mechanism **22** can be used to tighten the inner strap **18**, such as by winding the windlass **74** to develop a tension force in the inner strap **18**.

Referring still to FIG. **4**, in accordance with embodiments of the present invention, the tourniquet **10** preferably includes a base member **62**. As by way of example and not limitation, the base member **62** may be formed of a KYDEX® (Kleerdex Company, LLC, Mount Laurel, N.J.) thermoplastic or moldable (as for example, injection molded) plastic type of material. A first end **66** of base member **62** preferably includes a securing mechanism **26**, as will be discussed below. The second panel **46** of the outer sleeve **14** extends over at least a portion of the base member **62**, passes through a means for looping, such as buckle **38**, and folds back to a second end **70** of the base member **62**. The edges of the second panel **46** between the buckle **38** and the second end **70** of the base member **62** are preferably connected, as for example, by sewing, glueing, stapling, clamping, or heat/ultra-sound

7

(sonic) welding, thereby securing the second end **34** of the outer sleeve **14** to the buckle **38**.

Referring still to FIG. **4**, in accordance with embodiments of the present invention, the inner strap **18** emerges from the outer sleeve **14** at opening **54** where it is connected to the tightening mechanism **22**. For the embodiment shown in FIG. **4**, the tightening mechanism **22** comprises a windlass **74** that is shown in an unwound position. The windlass **74** preferably is comprised of a plastic material; however other types of materials are within the scope of the invention. In accordance with embodiments of the present invention, the inner strap **18** passes through a slot or aperture **78** in the windlass **74**, and as described above, the inner strap **18** extends to and around the buckle **38**.

Referring to FIG. **7**, a plan view of the second end **34** of the outer sleeve **14** is shown. Here, the outer sleeve **14** has been looped through buckle **38**; however, the tension mechanism **22**, comprising a windlass **74**, as will be described below, has not been wound to tighten the inner strap **18**.

Referring now to FIG. **8**, a plan view of the second end **34** of the outer sleeve is shown. Here, the outer sleeve **14** has been looped through buckle **38** and the windlass **74** has been partially wound, thereby applying a tensile force to the inner strap **18**. Since the end of the inner strap **18** is secured to the tip **58** of the outer sleeve **14**, when the windlass **74** is rotated, the inner strap **18** slides within the outer sleeve **14**, essentially scrunching the outer sleeve **14** relative to the inner strap **18** as the inner strap **18** is increasingly tightened. The tightened inner strap **18** provides a substantially even radial compressive pressure to the limb to which the tourniquet **10** is being applied.

Referring now to FIG. **5**, a cross sectional view of the tourniquet **10** is shown, including the second end **34** of tourniquet **10** with the windlass **74** in a partially wound position. More particularly, in use, after the first end **30** of the outer sleeve **14** is passed through the buckle **38** and secured around an appendage or limb, such as leg L shown in FIG. **1**, the windlass **74** is rotated, such as in the direction of arrows A**1** and A**2**, to apply a tensile force to at least a portion of the inner strap **18**. Since the inner strap **18** is secured to the tip **58** of first end **30** of the outer sleeve **14**, the inner strap **18** slides in the direction of arrows A**3** and A**4** within the outer sleeve **14** as the windlass **74** is rotated, thereby pulling the inner strap and providing a circumferentially applied compression force to the appendage. The tensile force is primarily developed in the portion of the inner strap **18** between the buckle **38** and the windlass **74**, with typically a lesser amount of tension developed in the overlapping portion of the inner strap **18** between the buckle **38** and the tip **58**, because when the inner strap **18** bends around the buckle **38** after being applied to an arm or leg, the bend tends to prevent the slippage of the inner strap **18** in the overlapped portion. After the windlass **74** is tightened, the tourniquet restricts the blood flow in the appendage. Accordingly, the tourniquet **10** of the present invention offers the advantage of an unlimited number of possible twists. More particularly, many tourniquets of the prior art are limited to a set number to twists by their windlass, thus limiting the amount of possible compression. As a result, such tourniquets of the prior art are venous tourniquets and are not suitable for arterial occlusion. However, the combination of the outer sleeve **14**, inner strap **18** and tightening mechanism **22** of the present invention overcome this prior art limitation.

Referring now to FIG. **6**, a cross sectional view of the second end **34** of tourniquet **10** is shown with the windlass **74** in a wound position. In accordance with embodiments of the present invention, after the windlass **74** has been sufficiently tightened to restrict the arterial blood flow in the appendage,

8

the windlass **74** may be secured using securing mechanism **26**. The securing mechanism **26** provides a means for securing or preventing the windlass **74** from unwinding. Thus, the securing mechanism **26** maintains the wound position of the windlass **74**, and thereby maintains the tension in the inner strap **18**.

In accordance with embodiments of the present invention, and as best seen in FIGS. **1**, **7**, and **8**, the securing mechanism **26** preferably comprises a pair of opposing hooked catches **82** set substantially transverse to the longitudinal axis LA-LA of the tourniquet **10**. More particularly, the hooked catches **82** are preferably sized to cup or hold the windlass, or a portion thereof, and prevent it from unwinding. Accordingly, the hooked catches **82** are sufficiently stiff to provide adequate resistance against the tensile force within the inner strap **18**, as transferred to the hooked catches by the windlass **74**. In accordance with embodiments of the present invention, and by way of example and not limitation, the hooked catches **82** may be formed of a KYDEX® thermoplastic material or molded plastic that may be integrally formed with, or otherwise connected to the base member **62**. The preferred use of two opposing catches **82** allows the user to rotate the windlass **74** in either direction, with one of the two catches **82** always able to prevent the windlass **74** from unwinding. However, it is to be understood that the use of a single hooked catch **82** may be used and is within the scope of the present invention. For a single hooked catch **82**, the user must rotate the windlass in the proper direction to allow the tension in the inner strap **18** to be resisted by the single hooked catch **82** once winding of the windlass and tensioning of the inner strap **18** is completed.

In accordance with embodiments of the present invention, the securing mechanism **26** may comprise a securing strap positioned transversely to a longitudinal axis LA-LA of the outer sleeve **14**. As for example, a transversely oriented strap having hook and loop fastening portions, or an elastic band engaging a hook or button may be provided to secure the windlass **74** in its wound position.

In yet another possible alternative, a transversely oriented strap **86** may be used in combination with the hooked catches **82**. Such a combination of structures allows the user to secure the windlass **74** and move about (or be moved by another person) with less concern of the windlass **74** dislodging from the hooked catches **82** and unwinding. In accordance with embodiments of the present invention, for hooked catches **82** used in combination with a transversely oriented strap **86**, the outer surface of the hooked catches may comprise a hook or loop material, and a surface of the strap **86** may comprise a complementary hook or loop material to interlock with the material on the hooked catches **82**.

Referring now to FIGS. **9** and **10**, a modified embodiment of the present invention is shown as tourniquet **10'**. FIG. **9** shows the tourniquet **10'** without having been tightened, and FIG. **10** shows the tourniquet **10'** after it has been tightened. Tourniquet **10'** comprises an outer sleeve **14** as described above, however, tourniquet **10'** comprises an inner strap **90** that does not loop back and forth from the tip **58** of the outer sleeve **14** to the buckle **38** and back to the tip **58**, but rather, only extends from the tip **58** to the securing mechanism **22**. More particularly, the inner strap **90** is secured to, or proximate the tip **58**, and extends from the tip **58** of the outer sleeve **14** to the tensioning mechanism **22**, where the inner strap **90** ends at, or proximate to the tensioning mechanism **22**. For the device illustrated in FIGS. **9** and **10**, the inner strap **90** loops around or is otherwise connected to a windlass **94**. As for example, the inner strap **90** loops around the windlass **94** of the tourniquet **10'** where it is overlapped to and secured to

9

itself, and/or connected to the windlass **94**, as for example, by sewing, glueing, stapling, clamping, or heat/ultra-sound (sonic) welding, or combinations thereof.

In accordance with embodiments of the present invention, the tourniquet **10'** preferably includes a second portion of an inner strap **98** that extends from buckle **38** to the windlass **94**. The inner strap **98** may extend as an endless loop between the buckle **38** and the windlass **94**. Alternatively, the inner strap **98** may not extend back and forth between the buckle **38** and windlass **94**, but may only partially overlap and be secured to itself.

As with tourniquet **10**, while a first end of the inner strap **90** is secured to the tip **58** of the outer sleeve **14**, when the tightening mechanism **22** is used, as for example, when the windlass **94** is rotated, the inner strap **90,98** slides within the outer sleeve **14**, essentially scrunching the outer sleeve **14** relative to the inner strap **90,98** as the inner strap **90,98** is continued to be tightened. This provides substantially even radial compressive pressure to the limb to which the tourniquet **10'** is being applied.

Referring now to FIG. **11**, a perspective view of tourniquet **10'** is shown after first end **30** is looped through buckle **38**. As for example, in use the first end **30** is looped through buckle **38** and pressed together such that outer surface **50** is of outer sleeve **14** is secured to itself for the overlapping portion extending beyond the buckle **38**. Referring now to FIG. **12**, in use, the windlass **94** is tightened to apply a tensile force to inner strap **90**, **98**, and thereby apply a compressive force and restricting the blood flow to the limb, such as leg L.

Referring now to FIG. **13**, yet another modified embodiment of the present invention is shown as tourniquet **10"**. Tourniquet **10"** comprises a inner strap **102** that extends from tip **58** to securing mechanism **22** and back to tip **58**, where the inner strap **102** is connected to the tip **58**, such as by sewing, glueing, stapling, clamping, or heat/ultra-sound (sonic) welding, or combinations thereof. Thus, there are a variety of possible combinations and configurations for providing an inner strap, whether in one substantially continuous portion or in a plurality of portions, or as a loop or not as a loop, and such variations are all within the scope of the present invention.

In accordance with embodiments of the present invention, the tourniquet **10, 10', 10"** preferably weighs less than about 160 grams, and more preferably, weighs less than about 100 grams, and more preferably yet, weighs less than about 60 grams. The relatively light-weight characteristics of the tourniquet **10, 10', 10"** of the present invention lends itself to use by hikers and others that are packing and carrying limited supplies. Thus, the weight of the tourniquet **10, 10'**, and **10"**, in combination with its structure and functionality, is an important aspect of the present invention.

In use, to apply the tourniquet **10, 10', 10"** to a body part and restrict the flow of blood in the body part, the user places or wraps the tourniquet **10, 10', 10"** around the body part, loops the first end **30** of the outer sleeve **14** through the restraining mechanism or buckle **38**, pulls the tourniquet reasonably tight, and then detachably attaches the overlapped outer surface **50** of outer sleeve **14** together by pressing the outer surface **50** together to interlock the hook and loop structures of the outer surface **50** within the region where the outer surface **50** overlaps beyond the buckle **38**. The user then rotates the windlass **74**, **94** and tightens the inner strap **18**, **90**, **98**, **102** sufficiently to restrict the flow in the body part as may be necessary. The user may hold the windlass, in this position to maintain the compressive force on the limb; however, the user preferably secures the windlass in a tightened positioned by using a hooked catch and/or a securing strap. The tourni-

10

quets **10**, **10'**, **10"** of the present invention are preferably configured such that the outer sleeve **14** contacts the body part, and the inner strap **18**, **90**, **98**, **102** does not contact the body part.

Referring now to FIG. **14**, although preferred embodiments of the present invention utilize a windlass as the tightening mechanism **22**, alternative means for tensioning or tightening may be provided. As for example, a ratchet mechanism **106** may be used, such as that shown in FIG. **14**. Although potentially bulkier than a windlass **74**, a ratchet mechanism **106** can be connected to an inner strap **102** and used to apply a tensile force to the inner strap **102**, thus tightening the tourniquet **110**. A ratchet tightening mechanism is described in U.S. Pat. No. 4,243,039, the contents of which is incorporated herein by reference in its entirety. See also Calkins et al., May 2000, "Evaluation of Possible Battlefield Tourniquet Systems for the Far-Forward Setting," *Military Medicine*, Vol. 165, 5:379, the contents of which is incorporated herein by reference in its entirety.

In accordance with embodiments of the present invention, a tension mechanism may be omitted. As for example, the inner strap may comprise an elastic cord (e.g., rubber hose) that is pulled by hand and locked in its tightened state. Accordingly, the tourniquet may comprise a securable clip (not shown), such as a biased cord restraint. The securable clip allows the user to pull the inner strap **18** and then engage the clip to hold the inner strap in its tensioned state.

The present invention has application for use in emergency medical situations for people. In addition, the invention also has application for use in veterinary medicine to apply a tourniquet to a body part or limb of an animal.

The present invention, in various embodiments, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various embodiments, subcombinations, and subsets thereof. Those of skill in the art will understand how to make and use the present invention after understanding the present disclosure. The present invention, in various embodiments, includes providing devices and processes in the absence of items not depicted and/or described herein or in various embodiments hereof, including in the absence of such items as may have been used in previous devices or processes, e.g., for improving performance, achieving ease and\or reducing cost of implementation.

The foregoing discussion of the invention has been presented for purposes of illustration and description. The foregoing is not intended to limit the invention to the form or forms disclosed herein. In the foregoing Detailed Description for example, various features of the invention are grouped together in one or more embodiments for the purpose of streamlining the disclosure. This method of disclosure is not to be interpreted as reflecting an intention that the claimed invention requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed embodiment. Thus, the following claims are hereby incorporated into this Detailed Description, with each claim standing on its own as a separate preferred embodiment of the invention.

Moreover though the description of the invention has included description of one or more embodiments and certain variations and modifications, other variations and modifications are within the scope of the invention, e.g., as may be within the skill and knowledge of those in the art, after understanding the present disclosure. It is intended to obtain rights which include alternative embodiments to the extent permitted, including alternate, interchangeable and/or equivalent

structures, functions, ranges or steps to those claimed, whether or not such alternate, interchangeable and/or equivalent structures, functions, ranges or steps are disclosed herein, and without intending to publicly dedicate any patentable subject matter.

What is claimed is:

1. A tourniquet for restricting a flow of blood in a body part, the tourniquet comprising:
   (a) an outer sleeve;
   (b) an inner strap in slidable engagement with the outer sleeve, wherein prior to contacting the outer sleeve to the body part, at least a portion of the inner strap is anchored to the outer sleeve;
   (c) a windlass connected to the inner strap, wherein the windlass is adapted to be rotated such that when the windlass is rotated a portion of the inner strap is twisted, shortening an effective length of the inner strap; and
   (d) a restraining mechanism connected to the outer sleeve, the restraining mechanism adapted for receiving an end of the outer sleeve;
   wherein the inner strap forms a continuous loop extending from a first end of the outer sleeve to at least the windlass and back to the first end of the outer sleeve; and
   wherein a radial compressive force is applied to the body part upon applying a tensile force to the inner strap by rotating the windlass, wherein the radial compressive force restricts the flow of blood in the body part.

2. The tourniquet as claimed in claim 1, further comprising at least one hooked catch interconnected to the outer sleeve, wherein the hooked catch is adapted to secure the windlass.

3. The tourniquet as claimed in claim 1, further comprising a securing strap interconnected to the outer sleeve and oriented transversely to a longitudinal axis of the outer sleeve, wherein the securing strap is adapted to secure the windlass.

4. The tourniquet as claimed in claim 1, wherein the outer sleeve comprises an upper panel connected to a lower panel, wherein at least a portion of the upper panel comprises hook and loop fasteners.

5. The tourniquet as claimed in claim 4, wherein the hook and loop fasteners comprises a single component hook and loop fastener having hook and loop on a common surface.

6. The tourniquet as claimed in claim 1, wherein the restraining mechanism comprises a buckle.

7. A tourniquet for restricting a flow of blood in a body part, the tourniquet comprising:
   (a) a first elongated member;
   (b) a second elongated member, wherein prior to contacting the first elongated member to the body part, at least a portion of the second elongated member is anchored to a first end of the first elongated member and at least partially contained within the first elongated member, the second elongated member configured to slidably engage at least a portion of the first elongated member;
   (c) a windlass configured for rotating, the windlass engaging the second elongated member such that when the windlass is rotated a portion of the second elongated member is twisted shortening an effective length of the second elongated member;
   (d) a buckle connected to the first elongated member and the second elongated member, wherein a gap is located between portions of the second elongated member at the buckle when applied to the body part;
   wherein a radial compressive force is applied to the body part upon applying a tensile force to the second elongated member by rotating the windlass and twisting the portion of the second elongated member, wherein the radial compressive force restricts the flow of blood in the body part, and wherein an overlapped portion of the second elongated member between a tip of the first elongated member and the buckle when applied to the body part tends to not slip within the first elongated member when the tensile force is applied to the second elongated member.

8. The tourniquet as claimed in claim 7, further comprising a securing mechanism interconnected to the first elongated member, wherein the securing mechanism is adapted for securing the windlass after application of a tensile force to the second elongated member.

9. The tourniquet as claimed in claim 8, wherein the securing mechanism comprises at least one hooked catch.

10. The tourniquet as claimed in claim 8, wherein the securing mechanism comprises a securing strap oriented transversely to a longitudinal axis of the first elongated member.

11. The tourniquet as claimed in claim 7, wherein the second elongated member forms a loop running from the first end of the first elongated member to the buckle and back to the first end of the first elongated member.

12. The tourniquet as claimed in claim 7, wherein the second elongated member comprises at least a first portion extending from the first end of the first elongated member to the windlass, and wherein the first portion does not extend back to the first end of the first elongated member.

13. The tourniquet as claimed in claim 12, wherein the second elongated member comprises a second portion extending from the windlass to the buckle.

14. The tourniquet as claimed in claim 13, wherein the second portion of the second elongated member forms a loop between the buckle and the windlass.

15. A tourniquet for restricting a flow of blood in a body part, the tourniquet comprising:
   (a) means for circumferentially surrounding the body part;
   (b) means for compressing the body part, the means for compressing slidably engaging the means for circumferentially surrounding;
   (c) means for tensioning the means for compressing, the means for tensioning comprising a rotatable member;
   (d) means for looping a portion of the means for circumferentially surrounding around the body part, wherein the means for looping is connected to the means for circumferentially surrounding and the means for compressing, and wherein upon passing the means for circumferentially surrounding through the means for looping, a portion of the means for compressing also passes through the means for looping, wherein a gap is located between portions of the means for compressing at the means for looping when the means for circumferentially surrounding is applied to the body part;
   wherein the means for circumferentially surrounding comprises a means for fastening extending along a length of the means for circumferentially surrounding, the means for fastening engaging a portion of a first surface of the means for circumferentially surrounding to a second portion of the first surface of the means for circumferentially surrounding;
   wherein applying a tensile force to the means for compressing using the means for tensioning applies a radial compressive force to the body part to restrict the flow of blood in the body part.

16. The tourniquet as claimed in claim 15, further comprising means for securing the means for tensioning.

17. A tourniquet for restricting a flow of blood in a body part, the tourniquet comprising:

(a) a first elongated member comprising:
  (i) a surface comprising both hook and loop structures;
  (ii) a first end for looping through a second end comprising a buckle;
  (iii) a pocket;
(b) a second elongated member positioned in the pocket, wherein prior to contacting the first elongated member to the body part, portions of the second elongated member are anchored to the first end of the first elongated member and the buckle, wherein a gap is located between portions of the second elongated member at the buckle when applied to the body part;

(c) a windlass engaging the second elongated member, wherein the windlass is rotated to provide a tensile force in the second elongated member, wherein the tensile force in the second elongated member generates a radial compressive force around the body part restricting the flow of blood in the body part; and
(d) a pair of opposing hooked catches and a securing strap interconnected to the first elongated member for engaging a portion of the windlass and preventing a return rotation of the windlass after applying the tensile force.

\* \* \* \* \*