# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| COMPOSITE RESOURCES, INC., | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-01755-MMD-VCF |
| RECON MEDICAL, LLC, | **ORDER** |
| Defendant. | |

    Before the Court is *Composite Resources, Inc. v. Recon Medical, LLC*, case no. 2:17-cv-01755-JCM-VCF.

    IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, July 28, 2017, in Courtroom 3D.

    DATED this 7th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE