V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq.
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.322.0430
Email: sleach@swlaw.com
*(Pro Hac Vice Application Pending)*

William Y. Klett, III
NEXSEN | PRUET
1230 Main Street, 700
Columbia, South Carolina 29201
Telephone: 803.253.8205
Facsimile: 803.727.1452
Email: wklett@nexsenpruet.com
*(Pro Hac Vice Application Pending)*

*Attorneys for Plaintiff Composite Resources, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>RECON MEDICAL, LLC,<br><br>        Defendant. | Case No. 2:17-cv-01755-MMD-VCF<br><br>**PLAINTIFF COMPOSITE RESOURCES, INC.'S MOTION REQUESTING TELEPHONIC APPEARANCE AT JULY 28, 2017 STATUS HEARING** |

1  Composite Resources, Inc. ("CRI"), by counsel, hereby files its Motion Requesting
2  Telephonic Appearance at the July 28, 2017 Status Hearing (the "Motion").
3  In support of the Motion, CRI states as follows:
4  1. On July 11, 2017, this Court entered an Order scheduling a status hearing (the
5  "Order") in this matter for July 28, 2017 at 10:00 a.m. (the "Status Hearing"). *See*, ECF No. 37.
6  2. CRI's local counsel, V.R. Bohman of Snell & Wilmer, L.L.P. will attend the Status
7  Hearing in person.
8  3. CRI seeks leave of Court for its co-counsel, William Y. Klett, III, Esq. of the law
9  firm of Nexsen Pruet to participate in the Status Hearing by telephone.
10  4. Mr. Klett's pro hac vice application is now pending before this Court, and CRI is
11  aware of no reason why the application should not be granted.
12  5. Good cause exists to grant Mr. Klett permission to participate in the Status
13  Hearing by telephone as he will otherwise be required to travel from South Carolina, incurring
14  significant and unnecessary costs.
15  6. CRI anticipates that Mr. Klett will meaningfully participate by telephone in all
16  respects as may be necessary.
17  WHEREFORE, CRI, by counsel, respectfully requests that CRI's co-counsel, William Y.
18  Klett, III, Esq. be granted leave to participate in the Status Hearing by telephone.

Respectfully submitted this 18th day of July, 2017.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

SNELL & WILMER L.L.P.

By: _____
V.R. Bohman (Nevada Bar 13075)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Plaintiff Composite Resources, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   7-19-2017

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I electronically transmitted the foregoing **PLAINTIFF COMPOSITE RESOURCES, INC.'S MOTION REQUESTING TELEPHONIC APPEARANCE AT JULY 28, 2017 STATUS HEARING** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that I have mailed the foregoing document by First-Class Mail, postage fully prepaid, to the following:

Victoria Lamonte Eslinger, Esq.
William Y. Klett, III
NEXSEN PRUET
P.O. Drawer 246
Columbia, SC 29202

*Attorneys for Plaintiff
Composite Resources Inc.*

J. Scott Denko, Esq.
John M. Bustamante, Esq.
DENKO & BUSTAMANTE LLP
114 W. 7th Street, Suite 1100
Austin, TX 78701

Leah B. Moody, Esq.
LEAH B. MOODY LAW OFFICE
P.O. Box 1015
Rock Hill, SC 29731

*Attorneys for Defendant/Counterclaimant
Recon Medical LLC*

An employee of Snell & Wilmer L.L.P.

4822-1250-6955.1

- 3 -