V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: 803.253.8205
Facsimile: 803.253.8277
Email: wklett@nexsenpruett.com

*Attorneys for Plaintiff Composite Resources, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RECON MEDICAL, LLC, <br><br> Defendant. | Case No. 2:17-cv-01755-MMD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINES** <br><br> **(FIRST REQUEST)** |

While the parties previously submitted a single stipulation to extend discovery and related deadlines, discovery has now closed and this is the first request to extend the dispositive and pretrial order deadlines specifically. Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Composite Resources, Inc. ("CRI") and Defendant Recon Medical, LLC ("Recon" and with CRI the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend the dispositive and pretrial order deadlines presently set in this matter.

**A.     Good Cause Exists for the Requested Extension in this Patent Litigation**

The dispositive motion deadline is presently set for July 30, 2018. However, no Claim Construction Order has issued from the Court. Without certainty as to the meaning of the terms and construction of the claims at issue in this matter it is virtually impossible for the Parties to draft meaningful motions for summary judgment. For example, if the Court defines a term or constructs a claim except in the way advocated by the drafting party, substantial portions of the briefing may be nonsensical or irrelevant. Beyond informing the language of the briefing, the Court's Claim Construction Order will substantially impact the contours of what remains in dispute.

Similarly, the pretrial order deadline is presently set for August 28, 2018. However, the Parties cannot meaningfully address the issues for trial before resolution of any dispositive motions that may substantially narrow or even resolve this matter. Furthermore, under LPR 1-19(b) the Parties must engage in a Post-Claim Construction Order Settlement Conference within thirty (30) days of entry of the Court's Claim Construction Order that once again may resolve this matter.

Accordingly, extension of both the dispositive motion and pretrial order deadlines will conserve the resources of the parties, serve the Court's purposes under Federal Rule of Civil Procedure 1 as well as judicial efficiency, and will not delay or otherwise impact the trial date.

**B.     Procedural Posture**

Pursuant to the Court's prior order the discovery cut-off has passed. ECF No. 81 at 3:27. No trial date has been set. *See* ECF No. 81 at 4:10-13.

///

///

///

**C. Proposed Deadlines**

    1. <u>Dispositive Motion Deadline</u>

        Current Deadline: July 30, 2018

        **Proposed: 30 days after entry of the Court's Claim Construction Order.**

    2. <u>Pretrial Order Cut-Off Date</u>:

        Current Deadline: August 28, 2018

        **Proposed: 30 days after entry of the Court's Order(s) resolving all timely filed dispositive motions.**

**D. Conclusion**

The parties respectfully submit that good cause exists for an extension of the dispositive motion and pretrial order deadlines as stated herein. The extension sought will not impact the trial as a trial date has not yet been set. As such, the parties respectfully request that the Court amend its current Scheduling Order to accommodate the extension requested above.

## **ORDER**

IT IS SO ORDERED.

1. The new deadline to file dispositive motions shall be thirty (30) days after entry of the Court's Claim Construction Order.

2. The new deadline to file the pretrial order shall be 30 days after entry of the Court's Order(s) resolving all timely filed dispositive motions.

Dated this <u>19th</u> day of July, 2018.

                                                      UNITED STATES JUDGE

| | |
|---|---|
| Dated: July 19, 2018. | Dated: July 19, 2018. |
| DENKO & BUSTAMANTE LLP | SNELL & WILMER L.L.P. |
| By /s/ John Bustamante<br>J. Scott Denko, Esq.<br>John M. Bustamante, Esq.<br>114 W. 7th Street, Suite 1100<br>Austin, TX 78701<br><br>Edmond "Buddy" Miller, Esq.<br>1610 Montclair Avenue, Suite C<br>Reno, NV 89509<br>*Attorneys for Defendant/Counterclaimant Recon Medical, LLC* | By: /s/ V.R. Bohman<br>Sid Leach, Esq.<br>V.R. Bohman, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>William Y. Klett, III, Esq.<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700<br>Columbia, South Carolina 29201<br>*Attorneys for Plaintiff Composite Resources, Inc.* |