UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COMPOSITE RESOURCES, INC., <br><br> Plaintiff, <br> v. <br><br> RECON MEDICAL, LLC, <br><br> Defendant. | Case No. 2:17-cv-01755-MMD-VCF <br><br> ORDER |

Before the Court is Defendant Recon Medical, LLC's motion for clarification.[1] (ECF No. 125.) The Court grants the motion, and clarifies that the term "body part" is not a limitation as used throughout the asserted claims. (*See* ECF No. 69 at 4 (making this argument).) To be clear, the term "body part" is not a limitation or element of the asserted claims, both as used in the preambles of the asserted patents and throughout the asserted claims.

It is therefore ordered that Defendant's motion for clarification (ECF No. 125) is granted. The term "body part" is not a limitation as used throughout the asserted claims.

DATED THIS 19th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Court also reviewed Plaintiff Composite Resources, Inc.'s response (ECF No. 133). Defendant did not file a reply.