V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: 803.253.8205
Facsimile: 803.253.8277
Email: wklett@nexsenpruett.com

*Attorneys for Plaintiff Composite Resources, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RECON MEDICAL, LLC,<br><br>Defendant. | Case No. 2:17-cv-01755-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ECF NO. 141** |

Plaintiff Composite Resources, Inc. ("CRI") and Defendant Recon Medical, LLC ("Recon" and with CRI the "Parties"), by and through their respective counsel and for good cause shown stipulate and agree as follows:

On September 10, 2018 and with leave of the Court, CRI filed its Second Amended Complaint (ECF No. 106) making a single and limited amendment.

On September 14, 2018 Recon filed its Answer (ECF No. 108).

CRI found Recon's Answer objectionable and subsequently moved to strike. That motion was fully briefed. (ECF Nos. 119, 123, and 131).

On November 9, 2018, Magistrate Ferenbach issued an Order striking Recon's Answer without prejudice and granting Recon until December 10, 2018 to file a limited answer, and to file any motion to amend its answer under Federal Rule of Civil Procedure 15. (ECF No. 135 at 5:1-3).

On November 26, 2018 Recon filed Objections to the Magistrate's Order. (ECF No. 141).

Recon's primary concern is default or waiver of its counterclaims and defenses.

CRI's primary concern is potential prejudice caused by Recon's revisions in its Answer, as discovery closed in June of 2018 and dispositive motions have been fully briefed for several weeks.

Rather than engage in what is likely to be lengthy and substantial motion practice regarding the pleadings at this stage of litigation, the Parties would prefer to conserve their resources and not burden the Court.

Accordingly, the Parties stipulate as follows:

Recon's prior answer (ECF No. 19) is deemed the operative and responsive pleading to CRI's Second Amended Complaint (ECF No. 106).

CRI's answer (ECF No. 23) is deemed the operative and responsive pleading to Recon's counterclaims found in ECF No. 19.

If the Court accepts and enters this stipulation and order, Recon agrees that its Objection (ECF No. 141) is deemed withdrawn, or alternatively denied as moot.

/ / /

If the Court declines to accept this stipulation and order, the Parties agree that CRI shall have seven days from the denial of this stipulation to file any response to Recon's Objection (ECF No. 141).

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of December, 2018.

_____
UNITED STATES JUDGE

Dated: December 7, 2018.

DENKO & BUSTAMANTE LLP

By: /s/ *J. Scott Denko*
J. Scott Denko, Esq.
John M. Bustamante, Esq.
114 W. 7th Street, Suite 1100
Austin, TX 78701

Edmond "Buddy" Miller, Esq.
1610 Montclair Avenue, Suite C
Reno, NV 89509
*Attorneys for Defendant/Counterclaimant Recon Medical, LLC*

Dated: December 7, 2018.

SNELL & WILMER L.L.P.

By: /s/ *V.R. Bohman*
Sid Leach, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

William Y. Klett, III, Esq.
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
*Attorneys for Plaintiff Composite Resources, Inc.*

4813-5419-8402