V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
BURR FORMAN MCNAIR
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
Telephone: 803.753.321
Facsimile: 803.753.3278
Email: wklett@burr.com

*Attorneys for Plaintiff Composite Resources, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RECON MEDICAL, LLC,<br><br>Defendant. | Case No. 2:17-cv-01755-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

While the parties previously submitted a single stipulation in March of 2018 to extend discovery deadlines generally, discovery has now closed, dispositive motions have been decided, the pretrial settlement conference has been conducted, and this is the first request to extend the Joint Pretrial Order deadline as such. Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Composite Resources, Inc. ("CRI") and Defendant Recon Medical, LLC ("Recon" and together with CRI the "Parties"), by and through their respective counsel, for good cause as discussed below, hereby stipulate and agree to extend the Joint Pretrial Order deadline presently set in this matter to November 1, 2019.

**A.  Good Cause Exists for the Requested Extension in this Patent Litigation**

The Joint Pretrial Order deadline is presently set for September 20, 2019. ECF No. 163. However, given the breadth and depth of the requirements for the Joint Pretrial Order, and the Parties' counsels' outside commitments and deadlines in other matters, it will be very difficult for the Parties to meet this deadline. Accordingly, extending the Joint Pretrial Order deadline will conserve the resources of the Parties, allow counsel to provide the Court a superior pretrial order, serve the Court's purposes under Federal Rule of Civil Procedure 1 as well as judicial efficiency, and will not delay or otherwise impact the trial date as no trial date has been set.

**B.  Proposed Deadlines**

    1.    <u>Pretrial Order Cut-Off Date</u>:

        Current Deadline: September 20, 2019

        **Proposed: November 1, 2019**

/ / /

**D. Conclusion**

The Parties respectfully submit that good cause exists for an extension of the Joint Pretrial Order deadline as stated herein, and it is not sought for purposes of undue delay. Further, the extension sought will not impact the trial as a trial date has not yet been set. Accordingly, the Parties respectfully request that the Court extend the Joint Pretrial Order deadline as requested above.

**ORDER**

IT IS SO ORDERED.

The Parties' Joint Pretrial Order deadline is extended to November 1, 2019.

Dated this 5th day of September, 2019.

_____
UNITED STATES JUDGE

IT IS SO STIPULATED

Dated: September 4, 2019.

DENKO & BUSTAMANTE LLP

By /s/ John Bustamante
J. Scott Denko, Esq.
John M. Bustamante, Esq.
2905 San Gabriel Street, Ste. 205
Austin, Texas 78205

Edmond "Buddy" Miller, Esq.
1610 Montclair Avenue, Suite C
Reno, NV 89509
*Attorneys for Defendant/Counterclaimant Recon Medical, LLC*

Dated: September 4, 2019.

SNELL & WILMER L.L.P.

By: /s/ V.R. Bohman
Sid Leach, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

William Y. Klett, III, Esq.
BURR FORMAN MCNAIR
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
*Attorneys for Plaintiff Composite Resources, Inc.*

4825-2518-3395