J. Scott Denko
Texas State Bar No. 00792457 (*Admitted Pro Hac Vice*)
John Marcus Bustamante
Texas State Bar No. 24040618 (*Admitted Pro Hac Vice*)
DENKO & BUSTAMANTE LLP
2905 San Gabriel Street, Suite 205
Austin, TX 78705
Telephone: (512) 580-2420
Facsimile: (737) 236-8343
denko@dcllegal.com
bustamante@dcllegal.com

Edmond "Buddy" Miller
Nevada Bar No. 3116
1610 Montclair Avenue, Suite C
Reno, NV 89509
Telephone: (775) 828-9898
Facsimile: (775) 828-9893
bmiller@buddymillerlaw.com

*Counsel for Defendant, Recon Medical LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| COMPOSITE RESOURCES, INC., | Case No.: 2:17-CV-01755-MMD-VCF |
|---|---|
| Plaintiff, | |
| vs. | **RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| RECON MEDICAL, LLC, | |
| Defendant. | **(SECOND REQUEST)** |

Defendant Recon Medical, LLC ("Recon Medical") hereby respectfully moves this Court for the entry of an Order to extend the deadline to file the Joint Pretrial Order. This motion is unopposed by Plaintiff, Composite Resources, Inc. ("Composite").

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE                                                                 Page 1

Previously the parties submitted a stipulation in March of 2018 to extend discovery deadlines generally, since then discovery has now closed, dispositive motions have been decided, the pretrial settlement conference has been conducted, and one stipulated request to extend the Joint Pretrial Order deadline was approved. Recon Medical now requests a second extension. Composite does not oppose or object to this request.

Pursuant to LR IA 6-1 and LR 26-4, Defendant Recon Medical, for good cause as discussed below, hereby moves the court to extend the Joint Pretrial Order deadline, presently set in this matter on November 1, 2019, to November 22, 2019.

**A. Good Cause Exists for the Requested Extension in this Patent Litigation**

The Joint Pretrial Order deadline is presently set for November 1, 2019. (ECF No. 165.) It has been determined that with commitments and deadlines in other matters, it will be very difficult to meet this deadline despite the parties' diligence. This particularly true in light of the nature of this case: a patent case involving fifty asserted claims of infringement by Composite reaching across three patents; concomitant claims of invalidity and inequitable conduct forwarded by Recon; damages issues relating to the Court's findings of trademark infringement and unfair competition; and an unfair trade practices claim pursuant to the South Carolina Unfair Trade Practices Act. The parties have been working diligently to meet the current deadline, having exchanged deposition designations and Composite having provided a draft of the Pretrial Order today. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting the primacy of diligence in determining good cause). Accordingly, extending the Joint Pretrial Order deadline will conserve the resources of Recon Medical and allow counsel to provide the Court a superior pretrial order, serve the Court's purposes under Federal Rule of

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE                                              Page 2

Civil Procedure 1 as well as judicial efficiency, and will not delay or otherwise impact the trial date as no trial date has been set. Further, the Plaintiff does not oppose or object to the motion.

**B. Proposed Deadlines**

    1. Pretrial Order Cut-Off Date:

Current Deadline: November 1, 2019

**Proposed: November 22, 2019**

**C. Conclusion**

    Recon Medical respectfully submits that good cause exists for an extension of the Joint Pretrial Order deadline as stated herein, and it is not sought for purposes of undue delay. Further, the extension sought will not impact the trial as a trial date has not yet been set. Accordingly, Recon Medical respectfully request that the Court extend the Joint Pretrial Order deadline as requested above. The Plaintiff does not oppose or object to the motion.

## **ORDER**

IT IS SO ORDERED.

    The Parties' Joint Pretrial Order deadline is extended to November 22, 2019.

Dated this <u>24th</u> day of <u>   October   </u>, 2019.

_____
UNITED STATES JUDGE

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE                                              Page 3

| | |
|---|---|
| Dated: October 24, 2019 | Respectfully submitted, |
| | /s/ John M. Bustamante |
| | J. Scott Denko |
| | State Bar No. 00792457 |
| | denko@dcllegal.com |
| | John M. Bustamante |
| | State Bar No. 24040618 |
| | butstamante@dcllegal.com |
| | DENKO & BUSTAMANTE LLP |
| | 2905 San Gabriel Street, Suite 205 |
| | Austin, Texas 78704 |
| | Telephone: (512) 580-2420 |
| | Facsimile: (737) 236-8343 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | RECON MEDICAL, LLC |

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE                                          Page 4

# **CERTIFICATE OF CONFERENCE**

The undersigned attorney hereby certifies to the Court that I have conferred with opposing counsel and opposing counsel has indicated that they do not oppose or object to this motion.

Dated: October 24, 2019

Respectfully submitted,

  /s/    John M. Bustamante
John M. Bustamante

ATTORNEY FOR DEFENDANT
RECON MEDICAL, LLC

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE

Page 5

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed on October 24, 2019 with the clerk of Court via the CM/ECF system, which will notify all counsel of record including:

William Y Klett, III
wklett@burr.com
Burr & Forman LLP
1221 Main Street, Suite 1800
Columbia, SC 29201

*Attorneys for Plaintiff,*
*Composite Resources, Inc.*

Sid Leach
sleach@swlaw.com
V.R. Bohman
vbohman@swlaw.com
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff,*
*Composite Resources, Inc.*

Dated: October 24, 2019

Respectfully submitted,

 /s/ John M. Bustamante
J. Scott Denko
State Bar No. 00792457
denko@dcllegal.com
John M. Bustamante
State Bar No. 24040618
butstamante@dcllegal.com
DENKO & BUSTAMANTE LLP
2905 San Gabriel Street, Suite 205
Austin, Texas 78705
Telephone: (512) 580-2420
Facsimile: (737) 236-8343

ATTORNEYS FOR DEFENDANT
RECON MEDICAL, LLC

Denko & Bustamante LLP
2905 San Gabriel St.
Suite 205
Austin, TX 78705

RECON MEDICAL, LLC'S UNOPPOSED MOTION TO EXTEND
JOINT PRETRIAL ORDER DEADLINE   Page 6