V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
BURR FORMAN MCNAIR
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
Telephone: 803.753.321
Facsimile: 803.753.3278
Email: wklett@burr.com

*Attorneys for Plaintiff Composite Resources, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RECON MEDICAL, LLC, <br><br> Defendant. | Case No. 2:17-cv-01755-MMD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> **(THIRD REQUEST)** |

This is the parties' third stipulation to extend the deadline to file their Joint Pretrial Order. Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Composite Resources, Inc. ("CRI") and Defendant Recon Medical, LLC ("Recon" and together with CRI the "Parties"), by and through their respective counsel, for good cause as discussed below, hereby stipulate and agree to extend the Joint Pretrial Order deadline presently set in this matter to December 20, 2019.

**A.  Good Cause Exists for the Requested Extension in this Patent Litigation**

The Joint Pretrial Order deadline is presently set for November 22, 2019. ECF No. 167. The Parties have been diligent in preparing the Joint Pretrial Order including:

- On October 21, 2019 the Parties exchanged deposition designations;
- On October 24 CRI circulated its first draft of the Joint Pretrial Order, with space provided for Recon's portions;
- On November 14 Recon circulated its exhibit list and objections to CRI's deposition designations and exhibits found in the Joint Pretrial Order;
- On November 18 Recon circulated its redline of the Joint Pretrial Order, resulting in the first full draft of the Joint Pretrial Order;
- On November 20 CRI's counsel requested a meet-and-confer regarding Recon's revised Joint Pretrial Order;
- The Parties met and conferred on November 21 and agreed that additional discussion and revision of Joint Pretrial Order would enable substantial enhancement of the Joint Pretrial Order.

Accordingly, extending the Joint Pretrial Order deadline will allow counsel to provide the Court a superior pretrial order, serve the Court's purposes under Federal Rule of Civil Procedure 1 as well as judicial efficiency, and will not delay or otherwise impact the trial date as no trial date has been set.

**B.  Proposed Deadlines**

1. Pretrial Order Cut-Off Date:

   Current Deadline:   November 22, 2019

   **Proposed:            December 20, 2019**

**C.  Conclusion**

The Parties respectfully submit that good cause exists for an extension of the Joint Pretrial Order deadline as stated herein, and it is not sought for purposes of undue delay. Further, the extension sought will not impact the trial as a trial date has not yet been set. Accordingly, the

Parties respectfully request that the Court extend the Joint Pretrial Order deadline as requested above.

**ORDER**

IT IS SO ORDERED.

The Parties' Joint Pretrial Order deadline is extended to December 20, 2019.

Dated this 21st day of November, 2019.

_____
Cam Ferenbach
United States Magistrate Judge

IT IS SO STIPULATED

Dated: November 21, 2019.

DENKO & BUSTAMANTE LLP

By /s/ *John Bustamante*
J. Scott Denko, Esq.
John M. Bustamante, Esq.
2905 San Gabriel Street, Ste. 205
Austin, Texas 78705

Edmond "Buddy" Miller, Esq.
1610 Montclair Avenue, Suite C
Reno, NV 89509
*Attorneys for Defendant/Counterclaimant Recon Medical, LLC*

Dated: November 21, 2019.

SNELL & WILMER L.L.P.

By: /s/ *V.R. Bohman*
Sid Leach, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

William Y. Klett, III, Esq.
BURR FORMAN MCNAIR
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
*Attorneys for Plaintiff Composite Resources, Inc.*

4825-2516-6765