V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone:  602.382.6000
Facsimile:  602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
BURR FORMAN
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
Telephone:  803.753.321
Facsimile:  803.753.3278
Email: wklett@burr.com

*Attorneys for Plaintiff Composite Resources, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RECON MEDICAL, LLC, <br><br> Defendant. | Case No. 2:17-cv-01755-MMD-VCF <br><br> **STATUS REPORT** |

Plaintiff Composite Resources, Inc. ("CRI"), by and through its undersigned attorneys of record, submits this Status Report regarding Defendant Recon Medical, LLC's ("Recon") bankruptcy case in order to provide the Court with an update as to CRI's efforts to obtain stay relief.  On September 3, 2021, Recon filed a Chapter 11 voluntary petition with the United States Bankruptcy Court for the District of Nevada, Case No. 21-14382 (the "Bankruptcy Case") and filed a Notice of Bankruptcy with this Court.  ECF No. 192.  On September 7, 2021, this Court

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

issued a minute order, stating that the trial date of November 29, 2021 will be vacated unless the automatic stay is lifted by October 1, 2021.  ECF No. 193.

On September 17, 2021, CRI filed a *Motion to Confirm Absence of the Automatic Stay, or in the alternative, Relief from the Automatic Stay to Proceed with the District Court Action for Injunction Against Post Petition Patent Infringement by Debtor* (the "Motion").  ECF No. 44 in the Bankruptcy Case.  A copy of the Motion without exhibits is attached as **Exhibit A**.  CRI requested that the Bankruptcy Court hear the Motion on shortened time.  The Bankruptcy Court granted this request and scheduled the hearing on the Motion for September 30, 2021 at 9:30 a.m. ECF No. 53 in the Bankruptcy Case.

CRI asserts in the Motion that the continued, post-petition infringement by Recon is not protected by the automatic stay, and therefore, requests that the Bankruptcy Court confirm that the automatic stay does not apply to CRI's attempt to obtain an injunction against the post-petition infringement in this Court.  Alternatively, CRI requests relief from the automatic stay to allow the trial to proceed on November 29, 2021 on CRI's request for an injunction against the post-petition infringement by Recon.

CRI will provide a further update to this Court with the result or current status of the Bankruptcy Court hearing by October 1, 2021.

Dated:   September 23, 2021                    SNELL & WILMER L.L.P.

By:  */s/ V.R. Bohman*
Sid Leach, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169

William Y. Klett, III, Esq.
*(Admitted Pro Hac Vice)*
BURR FORMAN
1221 Main Street, Suite 1800
Columbia, South Carolina 29201

*Attorneys for Plaintiff Composite Resources, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I electronically transmitted the foregoing

**STATUS REPORT** to the Clerk's Office using the CM/ECF System for filing and transmittal of

a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive

Electronic Filing.

*/s/ Maricris Williams*

An employee of Snell & Wilmer L.L.P.

## INDEX OF EXHIBITS

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| A | Motion to Confirm Absence of the Automatic Stay, or in the alternative, Relief from the Automatic Stay to Proceed with the District Court Action for Injunction Against Post Petition Patent Infringement by Debtor | 12 |

4848-5316-5308.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200