UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| COMPOSITE RESOURCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RECON MEDICAL, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  2:17-cv-01755-MMD-VCF |

# VERDICT



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| COMPOSITE RESOURCES INC, | Case No. 2:17-cv-01755-MMD-VCF |
|---|---|
| Plaintiff, | **VERDICT FORM** |
| v. | |
| RECON MEDICAL LLC, | |
| Defendant. | |

We, the jury in the above-titled action, find the following special verdict on the Questions submitted to us:

**QUESTION NO. 1:** Has Plaintiff Composite Resources proven by a preponderance of the evidence that the Recon GEN 1 (also referred to as Version 1) tourniquet has infringed any of Plaintiff's patents?

Yes _X_          No _____

**QUESTION NO. 2:** Has Plaintiff Composite Resources proven by a preponderance of the evidence that the Recon GEN 2 (also referred to as Version 1) tourniquet has infringed any of Plaintiff's patents?

Yes _X_          No _____

**QUESTION NO. 3:** Has Plaintiff Composite Resources proven by a preponderance of the evidence that the Recon GEN 3 (also referred to as Version 2) tourniquet has infringed any of Plaintiff's patents?

Yes _X_          No _____

**QUESTION NO. 4:** Has Plaintiff Composite Resources proven by a preponderance of the evidence that the Recon GEN 4 tourniquet has infringed any of Plaintiff's patents?

Yes _X_          No _____

DATED THIS _2_ Day of December 2021.

_____
JURY FOREPERSON