AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COMPOSITE RESOURCES, INC.,
        Plaintiff,

v.

RECON MEDICAL, LLC,
        Defendant.

Case Number: 2:17-cv-01755-MMD-VCF

JUDGMENT IN A CIVIL CASE

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the Plaintiff and against the Defendant pursuant to the jury's verdict.

|  |  |
|---|---|
| December 2, 2021 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ Katie Lynn Sutherland |
|  | Deputy Clerk |