V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vbohman@swlaw.com

Sid Leach, Esq. *(Admitted Pro Hac Vice)*
SNELL & WILMER L.L.P.
2400 E. Van Buren – One Arizona Center
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.0430
Email: sleach@swlaw.com

William Y. Klett, III, Esq. *(Admitted Pro Hac Vice)*
BURR & FORMAN LLP
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
Telephone: 803.753.3221
Facsimile: 803.933.1470
Email: wklett@burr.com

*Attorneys for Plaintiff Composite Resources, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMPOSITE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RECON MEDICAL, LLC, <br><br> Defendant. | Case No. 2:17-cv-01755-MMD-VCF <br><br> **DECLARATION OF V.R. BOHMAN, ESQ. IN SUPPORT OF PLAINTIFFS POST-TRIAL BRIEF** |

///

///

///

1

I, V.R. Bohman, Esq., declare as follows:

1. I make this Declaration in support of Plaintiffs Post-Trial Brief.

2. Exhibit 2 to Plaintiff CRI's Post-Trial Brief is a true and correct copy of a screenshot of Recon's Amazon.com marketplace, located at https://www.amazon.com/Recon-Medical-BLK-1PAK-FBA-Tourniquet-Pre-Hospital/dp/B01ETMVQOI/ref=mp_s_a_1_3?keywords=tourniquets&pd_rd_r=33f0c24f-e794-4d85-8bff-41a46b14d978&pd_rd_w=pc3WI&pd_rd_wg=rnDc1&pf_rd_p=ce028c81-ed8c-425a-8404-93bf425aa8ce&pf_rd_r=5PKEFH5NZA1WM1BTTW71&qid=1639105708&sr=8-3 and taken on December 9, 2021, showing one of Recon's Gen 4 tourniquets with its price reduced from $39.99 to $15.97.

I declare under penalty of perjury under the laws of the Nevada that the foregoing is true and correct.

DATED this 9th day of December 2021.

/s/ *V.R. Bohman*
V.R. Bohman

4864-2113-0246

- 2 -